JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP, ATTORNEY AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Meliton Hernandez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELITON HERNANDEZ<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00141-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 24 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

…

1

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 19, 2022. | Dated: May 19, 2022. |
| /s/ Victoria L. Neal | /s/ Shannon S. Pierce |
| JAMES P. KEMP, ESQ.<br>Nevada Bar No.: 6375<br>VICTORIA L. NEAL, ESQ.<br>Nevada Bar No.: 13382<br>KEMP & KEMP, ATTORNEYS AT LAW<br>7435 W. Azure Dr., Suite 110<br>Las Vegas, Nevada 89130 | SHANNON S. PIERCE<br>Nevada State Bar No. 12471<br>WADE BEAVERS<br>Nevada State Bar No. 13451<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511 |
| *Attorneys for Plaintiff*<br>*Meliton Hernandez* | *Attorneys for Defendant*<br>*Harrah's Las Vegas, LLC* |

**ORDER**

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 20, 2022

2